IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

SYLVIA DENISE MULDREW,
ADC #705131
                               PLAINTIFF

VS.                CASE NO. 1:05CV00066GH/HDY

DR. BARDELL, et al.                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young..  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that the motion to dismiss filed by defendant Mobley (DE #7) is hereby GRANTED.

IT IS SO ORDERED this 13th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE